UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREAT AMERICAN OPPORTUNITIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHERRY BROTHERS, LLC d/b/a ) <br> CHERRYDALE FARMS FUNDRAISING, ) <br> RENE ULLOA, MATTHEW L. PARKIN, ) <br> TODD ALLEN MILLS, REBECCA ) <br> FRANCIS, and STEVEN B. CLONTS, ) <br> ) <br> Defendants. ) | Case No. 3:17-cv-1022 <br> Judge Aleta A. Trauger |

## ORDER

For reasons explained in the accompanying Memorandum, the Motion to Dismiss filed by defendants Steven B. Clonts, Rene Ulloa, Todd Allen Mills, and Rebecca Francis (Docket No. 113) and the Motion to Dismiss filed by defendant Matthew L. Parkin (Docket No. 120) are hereby **GRANTED** in part and **DENIED** in part. Great American Opportunities, Inc.'s claims against Clonts, Mills, Francis, and Parkin for breach of fiduciary duty are **DISMISSED** without prejudice. The motions are **DENIED** as to the remaining claims.

Enter this 16th day of January 2018.

_____
ALETA A. TRAUGER
United States District Judge